UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **LEE CHAPMAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:16-cv-00231-JDL |
| | ) | |
| **CAROLYN W. COLVIN,** *Acting* | ) | |
| *Commissioner of Social Security,* | ) | |
| | ) | |
| **Defendant.** | ) | |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

The United States Magistrate Judge filed his Report and Recommended Decision (ECF No. 20) on December 26, 2016, pursuant to 28 U.S.C.A. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The plaintiff, Lee Chapman ("Chapman"), filed an Objection to the Report and Recommended Decision (ECF No. 21) on January 10, 2017, and the defendant, Commissioner Colvin ("Commissioner"), filed the Government's Response on January 23, 2017 (ECF No. 22). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by it. I concur with all of the Magistrate Judge's conclusions as set forth in his recommendation and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ACCEPTED**. The Commissioner's decision is **AFFIRMED.**

SO ORDERED.

Dated this 10th day of February 2017.

                                                  /s/Jon D.Levy
                                          **U.S. DISTRICT JUDGE**